|   |   |
|---|---|
| 1 | Your Name: Roderick Coleman |
| 2 | Address: 373 E. San Fernado St San Jose CA 95112 |
| 3 | Phone Number: 510 706-4043 |
| 4 | Fax Number: |
| 5 | E-mail Address: roderick.coleman... |
| 6 | Pro Se Plaintiff |

**IT IS SO ORDERED**
Judge Edward J. Davila
8/22/2016

United States District Court
Northern District of California

Roderick Coleman

Plaintiff(s),

vs.

Bruce Ives

Defendant(s).

Case Number: 5:16-cv-04196 EJD

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

I am the Plaintiff in this matter and I voluntarily dismiss this lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Date: 8/19/16   Sign Name: Roderick Coleman
                Print Name: Roderick Coleman

VOLUNTARY DISMISSAL; Case No. 5:16-cv-04196-EJD